UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| David Dubanoski, *on behalf of himself and others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> Wal-Mart Stores, Inc., d/b/a Walmart, <br><br> Defendant. | Case No.: 4:15-cv-00042-HLM |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate to the dismissal of Plaintiff's claims with prejudice, and the claims of the putative class members without prejudice, with each party to bear its own fees and costs.

Date: August 31, 2015

Respectfully Submitted,

/s/ Aaron D. Radbil
Aaron D. Radbil (*pro hac vice*)
Greenwald Davidson Radbil PLLC
106 East Sixth Street
Austin, Texas 78701
Phone: (512) 322-3912
Fax: (561) 961-5684
aradbil@gdrlawfirm.com

1

/s/ Shireen Hormozdi
Shireen Hormozdi
1770 Indian Trail Lilburn Road
Suite 175
Norcross, GA 30093
Tel: 800.994.9855
Fax: 866.929.2434
shireen@norcrosslawfirm.com

/s/ Thomas J. Mew
Thomas J. Mew
Georgia Bar No. 503447
229 Peachtree Street, NE
2700 International Tower, Peachtree Center
Atlanta, Georgia 30303
Phone: 404-420-4659
Fax: 404-230-0951

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was file electronically on August 31, 2015, via the Court Clerk's CM/ECF system, which will provide notice to all counsel of record.

/s/ Aaron D. Radbil
Aaron D. Radbil

2